

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00466-CV

Nueces County and Nueces County Appraisal District
v.
San Patricio County

On Appeal from the
135th District Court of Refugio County, Texas
Trial Court Cause No. 4704

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 28, 2023